IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RODNEY HALL,

        Plaintiff,

v.

XPO LOGISTICS FREIGHT, INC.,

        Defendant.

Civil Action No. 2:21-cv-00053-RAJ

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff Rodney Hall and Defendant XPO Logistics Freight, Inc., through their respective counsel, submit this Joint Notice of Settlement to notify the Court that the above-captioned lawsuit has been settled in principle and that the Parties are in the process of preparing and finalizing a settlement agreement.

Date:   September 20, 2021                            Respectfully submitted,

| /s/ | /s/ |
|---|---|
| James R. Theuer (VSB No. 68712) | Crystal L. Tyler (VSB No. 73273) |
| **JAMES R. THEUER, PLLC** | Meredith F. Bergeson (VSB No. 83885) |
| 555 E. Main Street, Suite 1212 | **JACKSON LEWIS P.C.** |
| Norfolk, VA 23510 | 701 E. Byrd Street, 17th Floor |
| Tel: (757) 446-8047 | Richmond, VA 23219 |
| Fax: (757) 446-8048 | P.O. Box 85068 |
| jim@theuerlaw.com | Richmond, VA 23285 |
| | Tel.: (804) 649-0404 |
| Michael G. Green II *(admitted pro hac vice)* | Fax: (804) 649-0403 |
| John P. Salas *(admitted pro hac vice)* | crystal.tyler@jacksonlewis.com |
| **SALAS LAW FIRM, P.A.** | meredith.bergeson@jacksonlewis.com |
| 8551 West Sunrise Boulevard, Suite 300 | |
| Plantation, FL 33322 | *Counsel for XPO Logistics Freight, Inc.* |
| Tel: (954) 315-1155 | |
| Fax: (954) 452 -3311 | |
| michael@jpsalaslaw.com | |
| jp@jpsalaslaw.com | |

*Counsel for Rodney Hall*

## CERTIFICATE OF SERVICE

I certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James R. Theuer (VSB No. 68712)
**JAMES R. THEUER, PLLC**
555 E. Main Street, Suite 1212
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com

Michael G. Green II *(admitted pro hac vice)*
John P. Salas *(admitted pro hac vice)*
**SALAS LAW FIRM, P.A.**
8551 West Sunrise Boulevard, Suite 300
Plantation, FL 33322
Tel: (954) 315-1155
Fax: (954) 452 -3311
michael@jpsalaslaw.com
jp@jpsalaslaw.com

*Counsel for Rodney Hall*

                                                  /s/
                                    Crystal L. Tyler (VSB No. 73273)
                                    Meredith F. Bergeson (VSB No. 83885)
                                    **JACKSON LEWIS P.C.**
                                    701 E. Byrd Street, 17th Floor
                                    Richmond, VA 23219
                                    P.O. Box 85068
                                    Richmond, VA 23285
                                    Tel.: (804) 649-0404
                                    Fax: (804) 649-0403
                                    crystal.tyler@jacksonlewis.com
                                    meredith.bergeson@jacksonlewis.com

                                    *Counsel for XPO Logistics Freight, Inc.*